**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WINDWARD BORA, LLC,

           Plaintiff,

  - against -

STEVEN ORTIZ, JENNY ORTIZ, SUFFOLK
FEDERAL CREDIT UNION, CLERK OF THE
SUFFOLK COUNTY PARKING AND TRAFFIC
VIOLATIONS AGENCY, CLERK OF THE
SUFFOLK COUNTY DISTRICT COURT and
JAMIE ROBERTS,

           Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 23-1068 (GRB) (ARL)

An Order Dismissing Case of Honorable Gary R. Brown, United States District Judge, having been filed on November 20, 2025, dismissing this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), and directing the Clerk of Court to enter judgment and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff Windward Bora, LLC take nothing of Defendants Steven Ortiz, Jenny Ortiz, Suffolk Federal Credit Union, Clerk of the Suffolk County Parking and Traffic Violations Agency, Clerk of the Suffolk County District Court, and Jamie Roberts; that this case is dismissed for failure to prosecute; and that this case is closed.

Dated: November 24, 2025
       Central Islip, New York

                                                        BRENNA B. MAHONEY
                                                        CLERK OF COURT

                                   BY:    /S/ JAMES J. TORITTO
                                                          DEPUTY CLERK